THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATALE MONTALTO, Appellant.— Order affirmed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANK ANASTASIO, Respondent, v. FUSO MARINE AND FIRE INSURANCE COMPANY, LIMITED, OF TOKIO, JAPAN, Appellant.— Judgment affirmed, with costs. All concur. Present, Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DOMINICK D. MARTINO, an Infant, etc., and Another, as Copartners, etc., Respondents, v. PIUS KERNER, Doing Business under the Firm Name and Style of KERNER MOTOR TRUCK COMPANY. Appellant.— Judgment affirmed, with costs All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES C. D'APRILE, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, · Taylor, Edgcomb and Crosby, JJ.

LANG'S BAKERY, INCORPORATED, Appellant, v. FRANK C. SMITH, Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disb··rsements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LACKIUSA, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOHN MARKELONIS, an Infant, by MIKE MARKELONIS, His Guardian, Appellant, v. FRANKLIN T. CLARK, Respondent.— Judgment affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal on the law and for granting a new trial. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CYRUS F. CLARK, Respondent, v. FRANK M. HENNESSY and Others, Appellants. — Judgment and order affirmed, with costs. All concur. Present — Sears, P. J. Crouch, Taylor, Thompson and Crosby, JJ.

CYRUS F. CLARK and Others, Respondents, v. FRANK M. HENNESSY and Others, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CYRUS F. CLARK, Respondent, v. RICHLAND BASKET COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

RICHLAND BASKET COMPANY, INCORPORATED, and RICHARD A. T. HARRIS, Appellants, v. CYRUS F. CLARK and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES OLIVERI and NICK LATONA, Appellants.*— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

NEW YORK STATE RAILWAYS, Respondent, v. SECURITY TRUST COMPANY OF ROCHESTER, as Trustee, etc., Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [135 Misc. 456.]

EFFA M. SQUIRES, Respondent, v. E. PAUL VENNEMAN, Appellant.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PEARL BROWN, Respondent, v. BENNETT STEPHENS, Appellant.— Judgment

---

* Affd., 254 N. Y. —.